IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CARLOS DE LA PUENTE,

    Plaintiff,

v.                                                     CASE NO. 1:03-cv-00132-MP-AK

DRUG ENFORCEMENT ADMINISTRATION,
UNITED STATES,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 20, Report and Recommendation of the Magistrate Judge, recommending that the complaint in this case be dismissed as untimely. The plaintiff filed objections, doc. 21, which the Court has reviewed. The Court agrees that Mr. De La Puente's complaint is untimely.

Mr. De La Puente was stopped by police in May of 1992, who discovered over $44,000 in currency in his car. He and his wife offered differing explanations for the source of the money, a drug detection canine alerted positive for controlled substances on the money, and Mr. De La Puente was found to have a long criminal record of drug-related offenses. The state police officer therefore seized the currency, but a state judge later ordered it returned. Before it could be returned, however, federal authorities seized the money and initiated a forfeiture proceeding against it, in 1993. Notice was sent via certified mail and entries in the USA Today newspaper, but the certified mail was returned. The forfeiture was eventually completed. Additionally, an attorney retained by Mr. De La Puente contacted the United States Attorney in 1993 and was told the full status of the forfeiture proceeding. Mr. De La Puente also filed an

action in Georgia in 1995 that was dismissed for lack of prosecution and for untimeliness.

Mr. De La Puente then filed suit in this Court in 2003, seeking the return of this money. The Court agrees with the Magistrate Judge that plaintiff received ample notice of the 1993 forfeiture such that he should have brought his claims at the latest by 2000.  Hence, no matter how Mr. De La Puente's pro se filing in this case is construed, it is untimely.  It is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *13th*   day of September, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge